UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| DENA L. B., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23-cv-04085-SLD-JEH |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
|       Defendant. | ) ) |

## ORDER

Before the Court is a Joint Stipulation to Remand to the Commissioner ("Joint Stipulation"), ECF No. 14. The parties jointly request that the Court reverse the Commissioner of Social Security's ("Commissioner") decision and remand the cause for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

The parties agree that the cause should be remanded to an Administrative Law Judge ("ALJ") for further proceedings. Joint Stipulation 1. The ALJ "will grant Plaintiff a new hearing, evaluate the evidence, including opinion evidence, assess Plaintiff's residual functional capacity, and whether she could perform her past relevant work or that existed in the national economy, and issue a new decision." *Id.*

The Court finds the remand request appropriate and therefore GRANTS the Joint Stipulation. Accordingly, the Commissioner's decision in this matter is REVERSED, and the cause is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment and close the case.

2

Entered this 13th day of November, 2023.

                                          s/ Sara Darrow
                                          SARA DARROW
                                          CHIEF UNITED STATES DISTRICT JUDGE